UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE RENEE SCOTT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>E. PARKS, et al.,<br><br>　　　　Defendants. | No.  1:20-cv-00317-NONE-JDP<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S MOTIONS FOR EMERGENCY DECLARATORY AND INJUNCTIVE RELIEF<br><br>(Doc. Nos. 2, 8, 11) |

　　　　Plaintiff Andre Renee Scott, a state prisoner, proceeds without counsel in this civil rights action brought under 42 U.S.C. § 1983.  The court has referred this matter to a magistrate judge under 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On March 25, 2020, the assigned magistrate judge issued findings and recommendations, recommending that the court deny plaintiff's motions for emergency declaratory and injunctive relief. (Doc. No. 11.)  On May 11, 2020, after being granted an extension of time to do so, plaintiff filed objections to the pending findings and recommendations.  (Doc. No. 14.)

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, including plaintiff's objections, the court finds the pending findings and recommendations to be supported by the record and proper analysis.

　　　　Plaintiff objects to the pending findings and recommendations on the grounds that he took the appropriate steps to address his serious medical needs through the administrative inmate

1

appeal process and requested off-site medical attention.  (Doc. No. 14 at 2.)  Plaintiff further explains the appropriate treatment for a periapical abscess, which requires oral surgery or a root canal.  (*Id.* at 3.)  In his objections, plaintiff claims that Tina Lawrence, HPM, informed him that "there are no endodontists available to serve SATF patients" in response to plaintiff's request for immediate access to address his broken tooth and to remove a broken file lodged in his tooth.  (*Id.* at 2, 10.)  Plaintiff was informed that his case was referred to "SATF's Dental Authorization Review Committee for treatment by an outside provider."  (*Id.* at 10.)  The Health Care Correspondence and Appeals Branch denied intervention twice, stating that plaintiff's "dental condition will continue to be monitored with care provided in accordance with [plaintiff's] Dental Priority Classification."  (*Id.* at 4, 12–13, 15–16.)

As to plaintiff's objections, the court agrees with the magistrate judge's findings that plaintiff has failed to show that he is likely to succeed on the merits of his claims.  While the court is sympathetic to plaintiff's medical situation, plaintiff faces a high bar, especially on a motion for a preliminary injunction, to show defendants have been deliberately indifferent to his serious medical condition.  *See Toguchi v. Chung*, 391 F.3d 1051, 1060 (9th Cir. 2004); *City of Los Angeles v. Lyons*, 461 U.S. 95, 111 (1983).  Based upon the showing made at this stage of the case, plaintiff's objections do not call into question the appropriateness of the conclusion reached in the pending findings and recommendations.

Accordingly, IT IS ORDERED that:

1. The findings and recommendations issued by the magistrate judge on March 25, 2020 (Doc. No. 11), are ADOPTED IN FULL;
2. Plaintiff's motions for emergency declaratory and injunctive relief (Doc. Nos. 2, 8) are DENIED; and
3. The matter is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:  **September 17, 2020**                   _____
                                                                                  UNITED STATES DISTRICT JUDGE