UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE RENEE SCOTT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GUADALUPE M. GARCIA, ET AL.,<br><br>　　　　　Defendants. | Case No.  1:20-cv-00317-JLT-HBK (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION<br><br>(Doc. No. 26)<br><br>MARCH 21, 2023 DEADLINE |

　　Pending before the Court is the Plaintiff's second motion for extension of time to comply with the Court's December 14, 2022 Order. (Doc. No. 26).  Plaintiff states a second extension of time is necessary because he has limited access to the prison law library. (*Id*. at 1).  The Court finds the motion and supporting declaration satisfies good cause and will grant Plaintiff one <u>final</u> extension of time.  Fed. R. Civ. P. 6(b)(1)(A).

　　Accordingly, it is **ORDERED**:

　　Plaintiff's motion (Doc. No. 26) is GRANTED.  Plaintiff must deliver his response to the December 14, 2022 Order to correctional officials for mailing **no later than March 21, 2023**.

Dated: 　February 5, 2023　

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE