UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE RENEE SCOTT,<br><br>       Plaintiff,<br><br>   v.<br><br>T. YOUNG and CHARLES EDWARDS,<br><br>       Defendants. | Case No.  1:20-cv-00317-JLT-HBK (PC)<br><br>ORDER DIRECTING DEFENDANTS TO RESPOND TO PLAINTIFF'S THIRD MOTION FOR EXTENSION OF TIME<br><br>(Doc. No. 53) |

Pending before the Court is Plaintiff Andre Rene Scott's third Motion for Extension of Time to file an opposition to Defendant's Motion for Summary Judgment.  (Doc. No. 53, "Motion").  Plaintiff asserts that his property, including all his legal materials and copies of Defendants' MSJ, were lost when he was placed in administrative segregation and then transferred.  (*Id*. at 1-2).  Plaintiff requests a further 60-day extension of time and courtesy copies of Defendants' MSJ, filed February 13, 2024, his own MSJ, filed April 24, 2024, and Defendants' Opposition to his MSJ.  (*Id*.).

Prior to ruling on Plaintiff's Motion, the Court finds a response by Defendants is necessary.

Accordingly, it is hereby **ORDERED**:

Within fourteen (14) days of entry of this Order, Defendants are directed to file a response to Plaintiff's Motion for Extension of Time (Doc. No. 53), including Plaintiff's assertion that all

1

1  of Plaintiff's legal materials have been lost by prison staff.

Dated:    July 25, 2024

                                          HELENA M. BARCH-KUCHTA
                                          UNITED STATES MAGISTRATE JUDGE