UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE RENEE SCOTT,<br><br>Plaintiff,<br><br>v.<br><br>T. YOUNG and CHARLES EDWARDS,<br><br>Defendants. | Case No. 1:20-cv-00317-JLT-HBK (PC)<br><br>ORDER GRANTING PLAINTIFF'S THIRD MOTION FOR EXTENSION OF TIME<br><br>(Doc. No. 53)<br><br>ORDER DIRECTING CLERK TO PROVIDE COURTESY COPY OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. No. 46)<br><br>OCTOBER 18, 2024 DEADLINE |

Pending before the Court is Plaintiff Andre Renee Scott's Third Motion for Extension of Time, constructively filed on July 23, 2024.  (Doc. No. 53, "Motion").  Plaintiff seeks a 60-day extension of time to file a response to Defendants' Motion for Summary Judgment (Doc. No. 37, "MSJ").  Plaintiff's response was due on July 24, 2024.  (*See* Doc. No. 51).  Plaintiff states that when he was placed in administrative segregation and then transferred to CSP-Solano, prison officials lost all his legal materials and officials have not responded to his requests to return his legal property.  (Doc. No. 49 at 2).  Plaintiff requests additional time to file an opposition and a courtesy copy of both his and Defendants' MSJ so he may respond.  (*Id.*).

Defendants filed a response to the Motion and confirm that the "property receipt/disposition" dated May 21, 2024 that describes the property in Plaintiff's possession when

1

he arrived at CSP-Solano does not reflect any legal materials. Defendants do not object to the 60-day extension and agree to remail Plaintiff another copy of their MSJ. (Doc. No. 55).

The Court may grant an extension of time "with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1)(A). The Court finds good cause to grant the requested extension.

Accordingly, it is hereby **ORDERED**:

1. Plaintiff's Third Motion for Extension of Time (Doc. No. 53) is GRANTED. No later than October 18, 2024, Plaintiff shall deliver to correctional officials for mailing his response to Defendants' Motion for Summary Judgment.

2. Defendants shall provide a copy of their Motion for Summary Judgment (Doc. No. 37) and file a "Notice of Reserving Motion for Summary Judgment" with the Court within five days of receipt of this Order.

3. The Clerk of Court is directed to provide Plaintiff with a courtesy copy of Plaintiff's Motion for Summary Judgment (Doc. No. 46) with this Order.

Dated:   August 4, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE