UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE RENEE SCOTT, <br><br> Plaintiff, <br><br> v. <br><br> T. YOUNG and CHARLES EDWARDS, <br><br> Defendants. | Case No. 1:20-cv-00317-JLT-HBK (PC) <br><br> ORDER GRANTING PLAINTIFF'S MOTION TO MEET AND CONFER TO LIMITED EXTENT <br><br> (Doc. No. 58) <br><br> November 8, 2024 DEADLINE |

On October 21, 2024, Plaintiff filed a pleading titled "Formal Request to Meet and Confer" that was docketed by the Clerk as a motion. (Doc. No. 58). In the pleading, Plaintiff requests "to meet and confer, to discuss, if any, [ ] 'settlement' in this cause of action" is possible. (*Id*.). In appropriate cases, defense counsel from the California Attorney General's Office have agreed to participate in early ADR. No claims, defenses, or objections are waived by the parties' participation. The Court did not previously set this case for early ADR or settlement before a magistrate judge as is its usual procedure. (*See* docket)

Nonetheless, the parties have pending motions for summary judgment that are briefed and almost ripe for review.[1] (*See* Defendants' Motion for Summary Judgement, Doc. Nos. 37, 59; Plaintiff's Motion for Summary Judgment, Doc. Nos. 46, 49). Prior to the Court taking the pending

---

[1] Plaintiff filed an opposition to Defendants' motion for summary judgment on October 21, 2024. (Doc. No. 59). Defendant reply is not due until November 4, 2024. Local Rule 230(l) (affording fourteen (14) days for a reply).

motions under consideration and issuing Findings and Recommendations on the respective dispositive motions, the Court will afford Defendants the opportunity to respond to the Plaintiff's construed motion. If Defendants are agreeable to meeting and conferring and/or engaging in settlement discussions directly with Plaintiff or are agreeable to participating in a settlement conference conducted by a magistrate judge they shall notify the Court of their willingness no later than November 8, 2024. If Defendants are willing to engage in settlement discussions, the Court will stay issuance of a Findings and Recommendations on the dispositive motions until the parties have had an opportunity to meet and confer and/or will set this case for a settlement conference before a magistrate judge. If the Defendants are unwilling to engage in settlement discussions, the Court will take the dispositive motions under consideration once the motions are fully ripe and issue Findings and Recommendations in due course.

Accordingly, it is hereby **ORDERED**:

Plaintiff's motion (Doc. No. 58) is GRANTED to the limited extent Defendants shall file a notice with the Court to advise whether they are willing to engage in direct settlement discussions with Plaintiff or participate in a settlement conference with a magistrate judge **no later than November 8, 2024.**

Dated:     October 29, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE